# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE DOLLAR, | |
| Plaintiff, | Case No. 2:15-cv-00712-APG-CWH |
| vs. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al., | |
| Defendants. | |

On February 7, 2017, the United States district judge assigned to this case entered an order adopting the undersigned's report and recommendation. (Order on Report and Recommendation (ECF No. 4).) The order dismissed with prejudice Plaintiff's Fourteenth Amendment claims against Defendants John Doe LVMPD Officers #1 and #2 in their individual capacities, dismissed without prejudice Plaintiff's official capacity claims against Defendants John Doe LVMPD Officers #1 and #2 and his claims against the Sheriff, Mayor, and District Attorney, and permitted Plaintiff's Fourth Amendment unlawful arrest claim against John Doe LVMPD Officers #1 and #2 in their individual capacities to proceed. (*Id.*) Plaintiff's deadline to file an amended complaint was March 31, 2017. (*Id.* at 2.) Plaintiff was advised that if he did not amend, the case would proceed only on his Fourth Amendment unlawful arrest claim against John Doe LVMPD Officers #1 and #2 in their individual capacities. (*Id.*) Plaintiff has not filed an amended complaint. Accordingly, this case will proceed only on his Fourth Amendment unlawful arrest claim against John Doe LVMPD Officers #1 and #2 in their individual capacities.

IT IS THEREFORE ORDERED that the Clerk of Court must send to Plaintiff two blank summons forms and two blank USM-285 forms, along with a copy of this order.

IT IS FURTHER ORDERED that Plaintiff must complete the forms and file them with the court by **May 22, 2017**.

IT IS FURTHER ORDERED that upon receipt of the proposed summonses and completed USM-285 forms from Plaintiff, the Clerk of Court must issue the summonses and deliver the summonses, the USM-285 forms, a copy of Plaintiff's complaint (ECF No. 3), and a copy of this order to the U.S. Marshal for service.

DATED: April 18, 2017

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**