# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE DOLLAR, | Case No. 2:15-cv-00712-APG-CWH |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*, | (ECF. No. 8) |
| Defendants. | |

On August 24, 2017, Magistrate Judge Hoffman entered a report and recommendation that I dismiss this case with prejudice because plaintiff George Dollar has ceased participating in the case and has not complied with the court's orders. Dollar did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)). I nevertheless find that Judge Hoffman sets forth the proper legal analysis and factual basis for the decision.

IT IS THEREFORE ORDERED that Judge Hoffman's report and recommendation **(ECF No. 8) is accepted**. Plaintiff George Dollar's complaint is DISMISSED with prejudice. The clerk of court is directed to enter judgment accordingly.

DATED this 29th day of September, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE