AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\* DISTRICT OF   NEVADA

GEORGE DOLLAR,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.

    CASE NUMBER: **2:15-cv-00712-APG-CWH**

LAS VEGAS METROPOLITAN
POLICE DEPARTMENT, et al.,

    Defendant(s).

---

__    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Plaintiff George Dollar's complaint is DISMISSED with prejudice.


September 29, 2017                                     **DEBRA K. KEMPI**
                                                                                   Clerk


                                                                                   /s/ K. Rusin
                                                                                   Deputy Clerk